IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD RAY BURGESS                                                                                    PLAINTIFF
ADC #138263

V.                                          NO: 5:11CV00076 JMM

RAY HOBBS *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2.   All pending motions are DENIED[1].

3.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

4.   The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion to Amend Complaint, filed after the Proposed Findings and Recommended Disposition, contains allegations regarding alleged inadequate medical care. As stated in the Recommendation, these claims are more appropriate for a separate lawsuit.