IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD RAY BURGESS                                                                                                       PLAINTIFF
ADC #138263

V.                                           NO: 5:11CV00076 JMM

RAY HOBBS *et al.*                                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE